AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

United States of America

v.                   NO: AU:25-CR-00200(1)-DAE

(1) Jose Ramirez-Bautista

## WAIVER OF INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____April 15, 2025_____     X J.R.B
                                                             Defendant's signature

                                              Signature of defendant's attorney

                                              Jesus M. Salinas Jr.
                                              Printed name of defendant's attorney

                                              DUSTIN M. HOWELL
                                              UNITED STATES MAGISTRATE JUDGE